AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Texas

| United States of America | ) |
| --- | --- |
| v. | ) |
| | ) Case No. 2:25-MJ-31 |
| Darius Armund Chaney | ) |
| Defendant(s) | ) |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
FEB 2 6 2025
CLERK, U.S. DISTRICT COURT
By_____
Deputy

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 24, 2025__ in the county of __Potter and Randall__ in the __Northern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii) | Possession with Intent to Distribute Methamphetamine |

This criminal complaint is based on these facts:

see attached affidavit in support of complaint.

☑ Continued on the attached sheet.

_____
Complainant's signature

Thomas Newton, DEA TFO
_____
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: 2/26/25

_____
Judge's signature

City and state: Amarillo, Texas

Lee Ann Reno, U.S. Magistrate Judge
_____
Printed name and title

No. 2:25-MJ-31

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Thomas Newton, being sworn, depose and state as follows:

1) I am a Task Force Officer (TFO) with the Drug Enforcement Administration (DEA).

2) I am assigned to the DEA's Amarillo Resident Office (ARO). I was hired as a police officer with Amarillo Police Department (APD) in June 2005. I was assigned to the Amarillo Police Department Narcotics unit from 2022 until my current assignment as a TFO with DEA's ARO. In connection with my duties and responsibilities as a Task Force Officer, I have received extensive training in narcotics trafficking investigations, including but not limited to conducting surveillance, smuggling, undercover operations, methods of packaging, utilizing confidential sources, and executing arrest and search warrants.

3) This affidavit is made in support of a complaint and arrest warrant for Darius Armund CHANEY. I am familiar with the information in this affidavit based on my own personal investigation and conversations with other law enforcement officers involved in this investigation.

4) On or about February 24, 2025, APD Narcotics observed a vehicle traveling east in the 2700 block of SW 27th described as a black Infinity. Agents and officers observed an on-view traffic violation of fail to signal in required distance in violation of Texas Transportation Code and initiated a traffic stop. CHANEY was identified as the vehicle's driver and found to have an outstanding warrant out of Dallas County for Bond Surrender.

5) During the arrest, CHANEY was found to be in possession of 3.7 gross grams of a crystalline substance believed to be methamphetamine and approximately $1,500 in US Currency. During the investigation, Narcotics agents located a residence for CHANEY at 2805 SW 28th #225. In a Mirandized interview, CHANEY told officers that he was staying at the apartment and had approximately 1 ounce of methamphetamine and a gun inside of the apartment.

6) CHANEY was transported to Amarillo Police Department to continue the interview while additional narcotics agents wrote and executed a search warrant for 2805 SW 28th #225. While in an interview room at Amarillo Police Department, officers located seven (7) greenish blue round pills with "M 30", suspected fentanyl, on the floor. Officers had checked the interview room before placing CHANEY in the room for the interview and no contraband was found in the room.

7)     While other agents and officers conducted a search warrant on the residence, CHANEY was kept in custody at the Amarillo Police Department. During the search warrant, several firearms were located. These firearms include a black Taurus G3 9x19 E23C, serial number AEH649150 (reported stolen), a black Thunder .380 Bursa serial number 957365, a Silver Smith and Wesson .38 revolver (unknown serial number), and a black and silver Smith and Wesson (unknown serial number).

8)     Officers and Agents also located 560.3 gross grams of suspected methamphetamine (a presumptive field test tested positive for methamphetamine), 23.64 gross grams of suspected cocaine, (a presumptive field test tested positive for cocaine), 239.73 gross grams of greenish-blue pills of suspected fentanyl, and 25.57 gross grams of marijuana.

9)     Officers located approximately $17,460.00 in US Currency in a black safe. CHANEY told officers that the money is half proceeds from sales of methamphetamine and the other half was money that he had saved to purchase additional methamphetamine from his source of supply.

10)    During the Mirandized interview with CHANEY, he admitted that the drugs at the apartment are his. CHANEY told officers that some of the drugs may belong to a roommate; however, CHANEY had sold the drugs to the roommate.

_____
Thomas Newton
DEA Task Force Officer

Attested to by the applicant in accordance with the requirements of FE. R. Crim. P. 4.1 by telephone:

2/26/25         at     Amarillo, TX
Date                    City and State

Lee Ann Reno U.S. Magistrate Judge          _____
Name and Title of Judicial Officer           Signature of Judicial Officer

s/ Anna Marie Bell
Anna Marie Bell
Assistant U.S. Attorney